## File Hashes for IP Address 69.255.31.219

**ISP:** Comcast Cable
**Physical Location:** Reston, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/26/2014 17:11:55 | 3E1D8C8C67F3C45319A153F68065650466A3EF3F | Tantric Massage |
| 03/08/2014 06:33:45 | 0C14A8E784BDD71479950FD8F7595933530321CE | Trophy Wife |
| 02/09/2014 15:13:17 | 3B83D082CA71233A6BE45D9B41B0D9079C10067D | Pretty Little Belle |
| 02/08/2014 19:30:33 | EA6D5FCBB71047923139D455FAD0452434F44905 | Submissive Seduction |
| 02/03/2014 05:22:52 | 4A73AE9DD9898E64D250D7781E8D92ACDD79E523 | Risky Business |
| 02/03/2014 05:11:56 | 01F15A72D2A965A83AA085B9293C8F254B69ACBA | A Hot Number |
| 01/07/2014 01:22:08 | 185DBF8520702D7E84EBEF4261360E1DA2185F29 | In for the Night |
| 12/24/2013 09:12:43 | 702DA14CEFBFFB42194F6DADA6172C56F0122C5E | Apertif Our Style |
| 10/20/2013 02:59:58 | BAD37FDC1315C4C34191F49257A01CCC9E181691 | Grow Up With Me |
| 09/13/2013 04:07:58 | 3F89A99D4ED6DC71CC9F7187E7E43F9397717C46 | Come Inside From the Cold |
| 09/06/2013 01:13:30 | BE8A9D2C833E811C5EC6ECFE6DE8E2BD4B314046 | Malibu Moments |
| 08/27/2013 17:24:30 | DB8DC83A365F22DEFEBDA8FAFF48F3436CEE2B72 | We Love Ourselves |
| 08/04/2013 07:50:24 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 05/27/2013 09:53:17 | 967D4031722B4A3BE11B3D9650FC2A9B37FC8C4C | Marry Me |
| 05/07/2013 23:00:00 | 3DF7CAD5C16AC0BEF8F4273A8399FF502361A1B7 | Rose Petals |
| 01/23/2013 02:53:43 | 724B8093D246C7D4EFE6D66FE478F55FBDCAB352 | Wild at Heart |
| 01/23/2013 02:53:37 | 3E60B49558C53CC04D6336A30107A263AF5D75EF | A Little Rain Must Fall |
| 01/22/2013 18:58:54 | F47B0285067BCD08293D35EFFC274E0492D3F5F0 | Want You |
| 12/21/2012 13:17:27 | A84109FC86C20C3D42C2B9D30BFD2F3268D751C8 | Breakfast in Bed |
| 12/21/2012 13:03:44 | 556A3EF2AA4D365AF8D2CADC88A7C2253CB7286F | Farewell |
| 12/21/2012 12:58:15 | 780DF38C30647D65D3723D782F02A9BD70ADE51B | Starting Over |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

EVA21