**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                             Civil Action No. 1:14-cv-00708-TSE-IDD

ASHKAN GHODS,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF ASHKAN GHODS**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Ashkan Ghods ("Defendant") from this action without prejudice. Ashkan Ghods was assigned the IP address 69.255.31.219. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Ashkan Ghods has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 23, 2014

                                                        Respectfully submitted,

                                                        By:    /s/ *William E. Tabot*
                                                        William E. Tabot PC
                                                        9248 Mosby Street
                                                        Manassas, VA 20110-5038
                                                        Phone: 703-530-7075
                                                        Email: wetabotesq@wetlawfirm.com
                                                        *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *William E. Tabot*
      William E. Tabot